FOSTER AND ANOTHER *against* GARNSEY, *Gent., one of the Attorneys, &c.*

THE defendant, who is an attorney of this court, was sued by a bill in *assumpsit,* and gave a *cognovit actionem* in the cause, for 35 dollars and 83 cents, beside costs. The plaintiff entered up judgment for the amount of damages confessed, and for the costs, taxed by the recorder of *Albany,* as in this court, to 39 dollars and 42 cents.

*De Witt,* for the defendant, now moved that the judgment, so far as respects the costs, should be amended, and that the execution, as regarded costs, should be set aside.

*The privilege of counsellors and attorneys being taken away, (except during the actual sitting of the court,) by statute. (1 N. R. L. 416. sess. 36. c. 98. s. 12.,) so that they may be arrested and held to bail, like other persons; they stand on the same ground, also, in respect to costs, and if sued by bill, during term, and less than 50 dollars is recovered, they are not liable for costs.*

*Per Curiam.* In *Snell* v. *Brooks,* and in *Baird* v. *Vanderlyn,* which came before the court at the last term, the question arose how far, and in what cases, attorneys were liable for costs, when parties in a suit. Many of the cases heretofore decided on that question, are inapplicable, as the law now stands. Attorneys, like other persons, are liable to be arrested on *mesne* process, (except during the actual sitting of the court,) and held to common or special bail. (1 *N. R. L.* 418.) Their privilege, therefore, is substantially taken away; and being put on the same footing with other persons, as to arrests, they ought to

stand on the same ground in regard to costs. It ought not to be left to the option of a plaintiff, to make an attorney pay the costs of this court, by electing to sue him, by bill, in term time. Whether, therefore, attorneys are sued by bill or writ, they must be placed in the same situation as other persons, as to the payment of costs.

Motion granted.